KARL SCHNEIDER *v.* STATE.

(In Banc.   April 14, 1947.)

[30 So. (2d) 90.   No. 36275.]

**Will S. Wells,** of Jackson, for appellant.

(1)

**Greek L. Rice,** Attorney General, by **R. O. Arrington,** Assistant Attorney General, and **W. D. Conn, Jr.,** of Jackson, for appellee.

Argued orally by **Will S. Wells**, for appellant, and by **W. D. Conn, Jr.**, for appellee.

**Griffith, J.**, delivered the opinion of the court.

This case is controlled by the opinion this day delivered in Wheat v. State, 201 Miss. 890, 30 So. (2d) 84.
Reversed and appellant discharged.

DISSENTING OPINION.

**Alexander, J.**, delivered a dissenting opinion.

For the reasons set forth in my dissent in Wheat v. State, 201 Miss. 890, 30 So. (2d) 84, I respectfully dissent from the conclusions herein reached.